BANQUE DE SALONIQUE, Appellant-Respondent, v. LEON FELDMAN et al., Respondents-Appellants.— On appeal by the defendants Leon and Jules Feldman, the order of May 12, 1952, granting plaintiff a further bill of particulars, is unanimously affirmed, with $20 costs and disbursements to the respondent. Appeal by the defendant Mark Feldman from the order of May 12, 1952, unanimously modified so as to strike out items 11 and 12 and, as so modified, affirmed. Settle order on notice. Plaintiff's cross appeal from so much of the order entered May 12, 1952, as denied plaintiff certain additional particulars, unanimously modified so as to grant plaintiff, in addition to the items already allowed, the following items: (1), (9), (10), (13), (15), (16), (18), (19), (23), (25), (26), (27), (29), (30), (35) and (37) and, as so modified, affirmed. The parties to this litigation should desist from further unnecessary, repetitious or vexatious motions and appeals, and should proceed expeditiously to trial. The present five appeals pending now before this court relating to bills of particulars and motions to preclude are disposed of as hereinabove specifically indicated in the respective appeals. Where plaintiff is allowed a further bill of particulars, defendants are directed to serve such bill within twenty days after service of a copy of the order with notice of entry thereof. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

FREDERICK E. M. BALLON, Respondent, v. BILLI GALISON, Defendant, and LOUIS B. GALISON, Appellant.— Order unanimously modified so as to direct assessment of damages by a court and jury (see Livingston v. Blumenthal, 248 App. Div. 138) and, as so modified, affirmed. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

IRVING SILVERMAN, Respondent, v. ROGERS IMPORTS, INC., Appellant-Respondent, and SHIRLEY SILVERMAN, Impleaded Defendant-Respondent-Appellant.— Order modified by directing that the plaintiff, Irving Silverman, be made a party to the trial of the issue as to the validity of the contract in question. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Breitel, J., dissents and votes to modify the order appealed from to the extent of requiring the issue as to the validity of the execution of the contract between the corporation and Irving Silverman to be framed, and to be tried together with the issues already framed in the order of Special Term as to the validity of the execution of the same contract between the corporation and Shirley Silverman; such series of issue as framed may or may not be identical, as may be provided for in the order to be settled herein. Settle order on notice.

■

BETTY FRIEDMAN v. LOUIS SILVERSTEIN et al., Individually and as Copartners Doing Business as L. SILVERSTEIN & SONS.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Bergan, JJ. [See ante, p. 860.]